IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. CR-05-124-S-BLW |
| Plaintiff, | ) | |
| | ) | **ORDER ADOPTING REPORT** |
| v. | ) | **AND RECOMMENDATION** |
| | ) | **NUNC PRO TUNC** |
| BRENDA MENDOZA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The Court has before it a Report and Recommendation (Docket No.297) filed by the United States Magistrate Judge.  On March 1, 2006,  Defendant Brenda Mendoza appeared before the Magistrate Judge to enter a change of plea pursuant to a written plea agreement.  The Magistrate Judge conducted the plea hearing and concluded there is a factual basis for Defendant's plea of guilty to Count Seven of the Superseding Indictment (Docket No. 215), and that it was entered voluntarily and with full knowledge of the consequences.  No objections to the Report and Recommendation have been filed.

The Court now has reviewed the record, has reviewed the presentence report, and finds that the requirements of Rule 11 have been met.  *See United States v. Reyna-Tapia,* 328 F.3d 1114 (9th Cir. 2003).  Specifically, the Court finds

**Order Adopting Report and Recommendation - Page 1**

that the Magistrate Judge adhered to the requirements of Rule 11(c); that under

Rule 11(b)(2), the Defendant's plea was voluntary and not the result of force or

threats or promises apart from the plea agreement; and that a factual basis for the

plea exists.  *See id.*  Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED that the Report and

Recommendation (Docket No. 297) shall be, and the same is hereby, ADOPTED

Nunc Pro Tunc as the decision of the District Court and incorporated fully herein

by reference.

IT IS FURTHER ORDERED that the Defendant's plea of guilty to Count

Seven of the Superseding Indictment (Docket No. 215) shall be, and the same is

hereby, ACCEPTED by the Court as a knowing and voluntary plea supported by

an independent basis in fact containing each of the essential elements of the

offense.

IT IS FURTHER ORDERED that Defendant Brenda Mendoza is found to be

GUILTY as to the crime charged in Count Seven of the Superseding Indictment

**Order Adopting Report and Recommendation - Page 2**

(Docket No. 215).

DATED:  **July 17, 2006**



B. LYNN WINMILL
Chief Judge
United States District Court

**Order Adopting Report and Recommendation - Page 3**